UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KIM BLACK, | ) |
| Plaintiff, | ) |
| vs. | ) 1:06-cv-790-DFH-VSS |
| FCI TERRE HAUTE, et al., | ) |
| Defendants. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

DAVID F. HAMILTON, Judge
United States District Court

Date: 4/26/2007

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Kim Black
Reg. No. # 18033-047
United States Penitentiary
P.O. Box 1000
Leavenworth, KS  66048